

Demitrius R.; Little Pierre Cardin; PC.I
Furlow; OR; Fuentes;

1 Name: "IN BETWEEN - PRIOR;"
2 Address: 1539 Laurel St.
3 Hollywood, CA 90231
4 Phone: N/A
5 Fax: N/A
6 In Pro Per — PRO SE

FILED
2023 FEB 14 PM 2:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY EEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Demitrius R.; Little Pierre Cardin; 553-53-XXXX-X
- Corporation of America;
- The United States of America;
- California;
- Los Angeles Police Department; (LAPD)

Plaintiff
v.
Defendant(s).

CASE NUMBER: LACV 23-01101-PA(KKx)

- Complaint;
- Royalness Complaint;
- Additional Information;
- Born Authoritarian;
- Relevant to case file;
  2:21-cv-07497-GW-IC—;
  22STCV10217; 22STCV26519;
- Violation of my; Supreme; Souvereignity; Diplomatic Immunity; US National; Born Free; Royalness;
- In dire need of help;
- Still; unaware of my children whereabouts; Demitrius R. II; Darius R.; Dominique R.;
- Declaration; of; Demitrius R. Little Pierre Cardin; Pierre Cardin · I; ... Furlow; OR; Fuentes;

CV-126 (09/09)  CONT. → PLEADING PAGE FOR A COMPLAINT  NEXT PAGE →...

IMPORTANT DETAILS;
AND CONTENT;

- DECLARATION; OF DEMITRIUS R.;
LITTLE PIERRE CARDEN;
PIERRE CARDEN·I;
Furlow; QR; Fuentes;

- LOS ANGELES POLICE
DEPARTMENT; INVESTIGATIVE
REPORT; STOLEN IDENTIFICATION-
REPORT;

- LOST ITEM REPORT; MTA;
METRO;

- FED COURT; ★ JACQUELINE
CHOOLJIAN; ROYBALL CENTER;
ORDER RE REQUEST TO
PROCEED IN FORMA
PAUPERIS; ☒ DISTRICT COURT
LACKS JURISDICTION;
★ UNITED STATES MAGISTRATE JUDGE;

DEMITRIUS R.; LITTLE
PIERRE CARDEN; PIERRE
CARDIN·I; THE PRINCE OF WALES;
ROYAL; ROYALNESS; ROYALE
HIGHNESS SOVEREIGNTY;

Page Number

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

DECLARATION BY; DEMITRIUS R.;
LITTLE PIERRE CARDIN;
PIERRE CARDIN.I; [Furlow; OR; Fuentes;]

TOOK; NOTICE OF ALL
COURT CASES; FILED BY; (ME);
DEMITRIUS(R).; LITTLE PIERRE
CARDIN; PIERRE CARDIN.I;..;
NOTICED ALL FILES HAVE BEEN
UPLOADED TO ALL COMPUTER
SEARCH ENGINES; WHICH
BRINGS ME TO THE IMPRESSION
THAT; THE GOVERNMENT IS IN
PROCESS OF MAKING RESTORATI-
ON TO MY LIFE.
    I; STILL CONTINUE; "TOO
FREQUENT UP-AND-DOWN
SUNSET BL.; "WITH HOPES";
THAT "HELP" "WILL ARRIVE;...
    A UPDATE; ON MY
WHEREABOUTS; RELEVANTS
HAPPENINGS; AND IMPORTANT
INFORMATION;..
            SINCERELY
        DEMITRIUS R.  ;
        LITTLE PIERRE CARDIN;
          PIERRE CARDIN.I;
          [Furlow; OR; Fuentes;]

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 1

# Los Angeles Police Department
## INVESTIGATIVE REPORT

Page ___ of ___   03.01.00 (09/2022)   UCR CODE ___   ☐ COMBINED EVID. REPORT   ☐ MULTIPLE DRS ON THIS REPORT

**REPORT OF:** GRAND THEFT PERSON   **INVEST DIV:** SOW   **INC #:** 23013100002867   **DR #:** ___

### CASE SCREENING FACTOR(S)
- ☑ SUSPECT/VEHICLE NOT SEEN
- ☑ PRINTS OR OTHER EVIDENCE NOT PRESENT
- ☑ MO NOT DISTINCT
- ☑ PROPERTY LOSS LESS THAN $5,000
- ☑ NO SERIOUS INJURY TO VICTIM
- ☑ ONLY ONE VICTIM INVOLVED

**VICTIM**
- LAST NAME, FIRST, MIDDLE: Furlow, Demitrius
- SEX: M   DESC: B   HT: 510   WT: 190   AGE: 43   DOB: 05/27/1977
- ADDRESS: R - 1539 Laurel Street LA   ZIP: 91321   PHONE: ___
- DR. LIC. NO.: B8661115 CA
- OCCUPATION: Unemployed

**PREMISES (SPECIFIC TYPE):** UNK MTA Bus #, Line 2,   ☐ ATM

**ENTRY** 459/BFV POINT OF ENTRY ___ POINT OF EXIT ___
- ☐ FRONT ☐ REAR ☐ SIDE ☐ ROOF ☐ FLOOR ☐ OTHER

**LOCATION OF OCCURRENCE:** MLK BLVD and Figueroa ST   SAME AS V'S ☐ RES. ☐ BUS.   R.D.: 0362

PRINTS BY PREL. INV.: ATTEMPT ☐Y ☐N  OBTAINED ☐Y ☐N

**DATE & TIME OF OCCURRENCE:** 01/30/2023 12:30
**DATE & TIME REPORTED TO PD:** 01/31/2023 15:00

**TYPE PROPERTY STOLEN/LOST/DAMAGED** 03.04.00 GIVEN: ID,
- STOLEN/LOST: $0.00
- RECOVERED: $
- EST. DAMAGED ARSON/VAND.: $

**MO:** On the above date and time, at the above location, unknown suspect(s) removed above property from victim while victim was asleep on MTA Bus.

☐ THREAT OF SCHOOL VIOLENCE   ☐ TRANSIT-RELATED INCIDENT   ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM   ☐ MOTIVATED BY HATRED/PREJUDICE   ☐ DOMESTIC VIOLENCE

**REPORTING EMPLOYEE(S):** E. Collado   SERIAL NO.: 34267   DIV./DETAIL: CENTDESK



California Driver License
DL B8661115
EXP 05/27/2026
LN FURLOW
FN DEMITRIUS RASHAAN
2040 W HOLT AVE
POMONA, CA 91768
DOB 05271977
SEX M  HAIR BRN
ISS 09/02/2021
CLASS C  END NONE  LIMITS APPLY




**Metro**

Los Angeles County Transportation Authority
Customer Programs and Services
Lost and Found

## Lost Item Report

Date: 8/1 - 8/24 / 2020

### Loss Information

| Date of Loss | Transportation (Bus/Rail) | Bus Route # or Rail Color | Location where incident occurred |
|---|---|---|---|
| 8/1-8/24 2020 | BUS | "44", SANTA MONICA | SANTA MONICA WESTERN |

### Item Description

**What Was Lost?**
CELL PHONE; CHARGER
BROWN PLASTIC BAG/SHOES; SPEEDO;
JACKET - FREE LITTLE PIERRE
CARDIN; POW

**Color** SILVER

**Was there Cash?** Amount - FEW "1" ?"

More Details (i.e. brand, size, material and distinctive markings)

### Contact Information

**First Name**
Demitrius (R.); LITTLE PIERRE CARDEN;

**Last Name**

**Email Address**

**Phone #**

Thank You

LIR - 10/23/19

Case 2:21-cv-07497-GW-JC   Document 7   Filed 09/23/21   Page 1 of 1   Page ID #:52

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demitrius R. Furlow,' <br><br> v. <br><br> **PLAINTIFF(S)** <br><br> Corporation of America, et al., <br><br> **DEFENDANT(S)** | **CASE NUMBER** <br> 2:21-cv-07497-GW-JC <br><br> **ORDER RE REQUEST TO PROCEED** <br> ***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                             United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency             ☒ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☐ Other: _____

Comments:

The Complaint is largely incomprehensible and states no basis for federal jurisdiction, while the accompanying Application to Proceed In Forma Pauperis reflects that Plaintiff has property having a value of $40 billion.

September 22, 2021                 /s/ Jacqueline Chooljian
Date                               United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☒ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

September 23, 2021                 George H. Wu
Date                               United States District Judge

CV-73 (08/16)                      ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*